IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANTHONY COMPTON                                                                PLAINTIFF

V.                              CASE NO. 07-CV-1002

SHERIFF JAMES ROBINSON,
JAIL ADMINISTRATOR DAVID OLIVER;
and JAILER WILLIE REED                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 11, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 26). Judge Bryant recommends that Defendants' motion for summary judgment be denied.. The Defendants have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendants' motion for summary judgment is **DENIED**.

**IT IS SO ORDERED**, this 3rd day of March, 2008.

                                                      /s/ Harry F. Barnes
                                                      Hon. Harry F. Barnes
                                                      United States District Judge